Marcus R. **BENSON**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 53689.

Missouri Court of Appeals,
Western District.

Sept. 9, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant was charged with distribution of a controlled substance near public housing and trafficking in the second degree, and pled guilty to both charges. He sought to have those pleas set aside under Rule 24.035.

Judgment affirmed. Rule 84.16(b).